UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| RANDALL PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-cv-115-WGH-WTL |
| | ) | |
| JEFF KINGERY, Individually and as an Officer of the Evansville Police Department; J. WEIGANT, Individually and as an Officer of the Evansville Police Department, T. WOOD, Individually and as an Officer of the Evansville Police Department; and the CITY OF EVANSVILLE, INDIANA. | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the Defendants' Motion for Judgment on the Pleadings is **GRANTED,** that judgment is entered for the Defendants and against the Plaintiff, with prejudice, and that the Plaintiff take nothing by way of his Complaint.

**Entered:** July 12, 2012

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
By:  Deputy Clerk

**Electronic copies to:**

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

John Andrew Goodridge
John Andrew Goodridge Law Office
jagoodridge@att.net

Glenn A. Grampp
lindamcgrw@yahoo.com

Jared Michel Thomas
LAW OFFICE OF JOHN GOODRIDGE
jmthomas@jaglo.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com